

**PORTLAND MAIN OFFICE**
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204
(503) 727-1000
*www.usdoj.gov/usao/or*

Sarah E. Feldman
Assistant United States Attorney
Sarah.Feldman@usdoj.gov
(503) 727-1000
*Reply to Portland Office*



**U.S. DEPARTMENT OF JUSTICE**
United States Attorney's Office
District of Oregon
William M. Narus
Acting United States Attorney

**EUGENE BRANCH**
405 E 8th Avenue, Suite 2400
Eugene, Oregon 97401
(541) 465-6771

**MEDFORD BRANCH**
310 West Sixth Street
Medford, Oregon 97501
(541) 776-3564

June 18, 2025

Hon. Amy M. Baggio
United States District Judge
District of Oregon
Mark O. Hatfield U.S. Courthouse
1000 Southwest Third Avenue
Portland, Oregon 97204

      Re:    *E-A-T-B v. Bostock et al.*
              Case No. 3:25-cv-01054-AB

Dear Judge Baggio:

      Per the Court's Order, we are providing the following information regarding the transfer of Petitioner outside of the District of Oregon. We have been advised of the following:

      On June 18, 2025, at approximately 10:07am, Petitioner was transported out of the District of Oregon and into Washington state. Petitioner was transferred out of the District because there is no ICE detention center in the District of Oregon.

                  Sincerely,

                  WILLIAM M. NARUS
                  Acting United States Attorney

                  */s/ Sarah E. Feldman*
                  SARAH E. FELDMAN
                  Assistant United States Attorney

Cc:    Julie Vandiver
        Assistant Federal Public Defender